# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jones, James P. | Western District of Virginia | 7/3/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - active | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 1/1/2014 <br> to <br> 12/31/2014 |

**7. Chambers or Office Address**

180 West Main Street
Rm. 104
Abingdon, VA 24210

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | ▓▓▓▓▓▓ |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 7/3/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ▨▨▨ Trust, income beneficiary | D | Dividend | P3 | T | | | | | |
| 2. Trust No. 1, income beneficary | D | Dividend | O | T | | | | | |
| 3. Trust No. 2, income beneficary | D | Dividend | P2 | T | | | | | |
| 4. Trust No. 3, income benficiary | D | Dividend | P2 | T | | | | | |
| 5. Trust No. 4, income benficiary | E | Dividend | P1 | T | | | | | |
| 6. Hennessy Gas Utility Index Fund | A | Dividend | J | T | | | | | |
| 7. Berkshire Hathaway B common stock | | None | J | T | | | | | |
| 8. Chevron Corp common stock | D | Dividend | M | T | | | | | |
| 9. Duke Energy common stock | E | Dividend | N | T | | | | | |
| 10. Exxon Mobil common stock | D | Dividend | N | T | | | | | |
| 11. IBM common stock | C | Dividend | M | T | | | | | |
| 12. AT&T Inc common stock | B | Dividend | K | T | | | | | |
| 13. T. Rowe Price Va Bond Fund | B | Dividend | L | T | Buy (add'l) | 07/09/14 | L | | |
| 14. T. Rowe Price Summit Muncipal Intermediate Fund | B | Dividend | L | T | Buy (add'l) | 07/09/14 | L | | |
| 15. T. Rowe Price Growth Stock Fund | | None | O | T | | | | | |
| 16. T. Rowe Price New Horizons Fund | | None | M | T | | | | | |
| 17. T. Rowe Price New Asia Fund | B | Dividend | M | T | Redeemed (part) | 01/21/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 7/3/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. T. Rowe Price Int'l Stock Fund | B | Dividend | M | T | Redeemed (part) | 01/21/14 | J | A | |
| 19. T. Rowe Price Int'l Stock Fund | B | Dividend | M | T | | | | | |
| 20. T. Rowe Price New Income Fund | D | Dividend | O | T | | | | | |
| 21. T. Rowe Price Prime Reserve Fund | A | Dividend | N | T | | | | | |
| 22. T. Rowe Price Science & Tech. Fund | | None | M | T | | | | | |
| 23. T. Rowe Price Blue Chip Growth Fund | A | Dividend | O | T | | | | | |
| 24. T. Rowe Price Equity Index 500 Fund | E | Dividend | O | T | Redeemed (part) | 01/23/14 | M | A | |
| 25. T. Rowe Price Value Fund | A | Dividend | N | T | | | | | |
| 26. T. Rowe Price Equity Income | B | Dividend | M | T | | | | | |
| 27. T. Rowe Price High Yield Fund | A | Dividend | K | T | Redeemed (part) | 01/21/14 | J | A | |
| 28. T. Rowe Price Summit Cash Reserves | A | Dividend | K | T | Redeemed (part) | 01/21/14 | J | A | |
| 29. Wells Fargo bank account | A | Interest | L | T | | | | | |
| 30. Virginia529 Plan James River Portfolio | | None | O | T | Buy (add'l) | 07/28/14 | M | | |
| 31. Transamerica TS&W Int'l Equity Portfolio | C | Dividend | N | T | | | | | |
| 32. Annaly Capital MGMT REIT | A | Dividend | K | T | | | | | |
| 33. Baxter International common stock | A | Dividend | | | Sold | 06/25/14 | K | B | |
| 34. Bed Bath & Beyond, Inc. common stock | | None | | | Sold | 04/16/14 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 7/3/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Berkley WR Corp common stock | A | Dividend | | | Sold | 02/05/14 | K | A | |
| 36. Bio-Rad Labs Inc A common stock | | None | K | T | Buy (add'l) | 01/10/14 | J | | |
| 37. BP PLC ADR | A | Dividend | J | T | | | | | |
| 38. CBRE Group, Inc. common stock | | None | L | T | Buy (add'l) | 04/16/14 | K | | |
| 39. Chevron Corp common stock | A | Dividend | L | T | | | | | |
| 40. Chubb Corp common stock | A | Dividend | K | T | | | | | |
| 41. Cisco Systems Inc common stock | A | Dividend | L | T | | | | | |
| 42. Comerica Inc common stock | A | Dividend | K | T | | | | | |
| 43. Corning Inc common stock | A | Dividend | K | T | | | | | |
| 44. Disney Walt Co common stock | A | Dividend | K | T | Sold (part) | 03/06/14 | K | A | |
| 45. Dominion Resources Inc common stock | A | Dividend | K | T | | | | | |
| 46. Dreyfus Emrg Mkts Debt | B | Dividend | J | T | | | | | |
| 47. EMC Corp Mass common stock | A | Dividend | L | T | | | | | |
| 48. Emerson Electric Co common stock | A | Dividend | J | T | | | | | |
| 49. EOG Resources, Inc common stock | A | Dividend | K | T | | | | | |
| 50. Foster Wheeler common stock | | None | | | Sold (part) | 01/13/14 | J | C | |
| 51. | | | | | Sold | 02/13/14 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 7/3/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Freeport McMoran Copper common stock | A | Dividend | | | Sold | 12/22/14 | K | A | |
| 53. GNC Holdings Inc common stock | A | Dividend | | | Sold | 06/18/14 | K | A | |
| 54. General Electric Co. common stock | A | Dividend | L | T | | | | | |
| 55. Hologic Inc common stock | | None | K | T | | | | | |
| 56. IBM common stock | A | Dividend | K | T | Sold (part) | 01/24/14 | L | A | |
| 57. | | | | | Sold (part) | 08/25/14 | L | A | |
| 58. Intel Corp common stock | A | Dividend | K | T | Sold (part) | 02/11/14 | K | B | |
| 59. Johnson & Johnson common stock | A | Dividend | L | T | | | | | |
| 60. JPMorgan Chase & Co common stock | A | Dividend | L | T | | | | | |
| 61. Koninklijke Philips Elect common stock | A | Dividend | K | T | | | | | |
| 62. KLA Tencor Corp common stock | A | Dividend | | | Sold | 05/19/14 | J | A | |
| 63. L-3 Communications Hldgs common stock | A | Dividend | L | T | | | | | |
| 64. Laboratory Corp of America common stock | | None | K | T | | | | | |
| 65. Macy's Inc common stock | A | Dividend | L | T | Sold (part) | 05/19/14 | J | A | |
| 66. Metlife common stock | A | Dividend | | | Sold | 02/05/14 | J | A | |
| 67. Microsoft Corp common stock | A | Dividend | K | T | | | | | |
| 68. Monsanto Co. common stock | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 7/3/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Nestle SA ADR | | None | | | Sold | 02/05/14 | J | A | |
| 70. Nvidia Corp common stock | A | Dividend | K | T | | | | | |
| 71. Noble Corp common stcok | A | Dividend | | | Sold | 01/10/14 | K | A | |
| 72. Norfolk Southern common stock | A | Dividend | L | T | | | | | |
| 73. Northrop Grumman Corp common stock | A | Dividend | K | T | | | | | |
| 74. Open Text Corp common stock | A | Dividend | | | Sold | 03/20/14 | K | A | |
| 75. Oracle Corp common stock | A | Dividend | L | T | | | | | |
| 76. Pfizer Inc common stock | A | Dividend | K | T | | | | | |
| 77. Philip Morris Intl Inc common stock | A | Dividend | K | T | | | | | |
| 78. PPL Corp common stock | A | Dividend | K | T | | | | | |
| 79. Praxair, Inc common stock | A | Dividend | K | T | | | | | |
| 80. Prudential Financial Inc common stock | A | Dividend | K | T | | | | | |
| 81. Rio Tinto PLC sponsored ADR | A | Dividend | J | T | | | | | |
| 82. Reynolds American Inc common stock | A | Dividend | | | Sold | 02/05/14 | K | D | |
| 83. Rockwell Collins Inc common stock | A | Dividend | K | T | | | | | |
| 84. Safeway Inc common stock | | None | | | Sold | 04/09/14 | J | C | |
| 85. Sandisk Corp common stock | A | Dividend | | | Sold | 01/08/14 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 7/3/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | Schlumberger Ltd common stock | A | Dividend | K | T | | | | | |
| 87. | Siemans A G ADR | A | Dividend | K | T | | | | | |
| 88. | Target Corp common stock | A | Dividend | K | T | | | | | |
| 89. | Total SA sponsored ADR | A | Dividend | L | T | | | | | |
| 90. | Trinity Industries Inc common stock | A | Dividend | K | T | Sold (part) | 02/11/14 | K | D | |
| 91. | Tupperware Brands Corp common stock | A | Dividend | | | Sold | 11/19/14 | K | A | |
| 92. | Unilever NV | A | Dividend | K | T | | | | | |
| 93. | Vanguard Interm Term Tax Exempt Fund | A | Dividend | K | T | | | | | |
| 94. | Vanguard Long Term Tax Exempt Fund | A | Dividend | K | T | | | | | |
| 95. | Vanguard Ltd Term Tax Exempt Fund | A | Dividend | J | T | | | | | |
| 96. | Xilinx Inc common stock | A | Dividend | K | T | | | | | |
| 97. | Schwab Gov't Money Fund | C | Dividend | M | T | | | | | |
| 98. | Orange Co VA muni bond | A | Interest | K | T | | | | | |
| 99. | Roanoke VA muni bond | A | Interest | K | T | | | | | |
| 100. | Virginia Comwlth Tr muni bond | A | Interest | L | T | | | | | |
| 101. | American International Group common stock | A | Dividend | L | T | | | | | |
| 102. | CA, Inc common stock | A | Dividend | | | Sold | 01/30/14 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 7/3/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. CIGNA Corp common stock | A | Dividend | L | T | | | | | |
| 104. Koninklijke Philips Elect common stock | A | Dividend | K | T | | | | | |
| 105. National Grid Plc common stock | A | Dividend | J | T | | | | | |
| 106. Novartis Ag-ADR | B | Dividend | | | Sold | 08/14/14 | K | A | |
| 107. Royal Dutch Shell Plc-ADR B ADR | A | Dividend | L | T | | | | | |
| 108. Abercrombie & Fitch Cl A common stock | A | Dividend | | | Buy | 08/13/14 | J | | |
| 109. | | | | | Buy (add'l) | 08/14/14 | K | | |
| 110. | | | | | Sold | 12/22/14 | K | A | |
| 111. ADT Corp common stock | A | Dividend | J | T | | | | | |
| 112. Ace Ltd New common stock | A | Dividend | J | T | | | | | |
| 113. Air Products & Chemicals Inc common stock | A | Dividend | J | T | Buy | 02/11/14 | J | | |
| 114. Allergan Inc common stock (X) | A | Dividend | J | T | | | | | |
| 115. Allianz SE ADR | A | Dividend | K | T | | | | | |
| 116. Amazon Com Inc common stock | | None | J | T | | | | | |
| 117. Apple Inc common stock | A | Dividend | K | T | Buy (add'l) | 04/18/14 | J | | |
| 118. AQR Managed Futures Strategy Fund | A | Dividend | K | T | | | | | |
| 119. AT&T Inc common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 7/3/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Autozone Inc common stock | | None | J | T | | | | | |
| 121. Baker Hughes Inc common stock | A | Dividend | J | T | | | | | |
| 122. Bank of America Corp common stock | A | Dividend | J | T | | | | | |
| 123. Biogen Idec Inc common stock | | None | J | T | | | | | |
| 124. Blackrock High Yield Bond fund | B | Dividend | K | T | | | | | |
| 125. Broadcom Corp CL A commonstock | A | Dividend | K | T | Buy | 02/05/14 | K | | |
| 126. California Resources Corp common stock (X) | | None | J | T | | | | | |
| 127. Cameron Inernational Corp common stock | | None | J | T | | | | | |
| 128. Campbell Soup Co common stock | A | Dividend | J | T | | | | | |
| 129. Capital One Financial Corp common stock | A | Dividend | K | T | | | | | |
| 130. Cardinal Health Inc common stock | A | Dividend | J | T | | | | | |
| 131. Carnival Corp common stock | A | Dividend | J | T | | | | | |
| 132. Caterpillar Inc common stock | A | Dividend | J | T | | | | | |
| 133. CBS Corp Class B common stock | A | Dividend | J | T | | | | | |
| 134. Celgene Corp common stock | | None | J | T | | | | | |
| 135. Centerpoint Energy Inc common stock | A | Dividend | J | T | | | | | |
| 136. Cisco Systems Inc common stock | A | Dividend | J | T | Sold (part) | 01/28/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 7/3/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Citigroup Inc New common stock | A | Dividend | K | T | Buy (add'l) | 09/16/14 | J | | |
| 138. Citrix Systems Inc common stock | A | Dividend | J | T | | | | | |
| 139. Coca-Cola Co common stock | A | Dividend | J | T | Sold (part) | 10/21/14 | J | A | |
| 140. Cognizant Technology Solutions Corp Cl A common stock | | None | J | T | | | | | |
| 141. Colgate Palmolive Co common stock | A | Dividend | J | T | | | | | |
| 142. Columbia Dividend Income Fund Cl Z | | None | L | T | | | | | |
| 143. Columbia Va Intermed Mun Bd Fund | B | Dividend | L | T | | | | | |
| 144. Columbia Income Opportunities Fund | B | Dividend | K | T | | | | | |
| 145. Columbia Short Term Mun Bd Fund Cl Z | B | Dividend | M | T | | | | | |
| 146. Comcast Corp Cl A common stock | A | Dividend | J | T | | | | | |
| 147. Community Health Systems Inc common stock | A | Dividend | K | T | Buy | 02/26/14 | K | | |
| 148. Constellations Brands Inc A common stock | | None | K | T | Buy | 05/19/14 | K | | |
| 149. Copa Holdings SA common stock | A | Dividend | K | T | Buy | 03/06/14 | K | | |
| 150. Covidien Plc New common stock | A | Dividend | J | T | | | | | |
| 151. CSX Corp common stock | A | Dividend | K | T | Buy | 02/11/14 | K | | |
| 152. CVS Health (formerly CVS Caremark Corp) common stock | A | Dividend | J | T | | | | | |
| 153. | | | | | Sold (part) | 02/21/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 7/3/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Cummins Inc common stock | A | Dividend | K | T | Buy | 02/13/14 | K | | |
| 155. Darden Restaurants Inc common stock | A | Dividend | J | T | | | | | |
| 156. Denbury Resources Inc common stock | A | Dividend | | | Buy | 02/21/14 | K | | |
| 157. | | | | | Sold | 11/19/14 | K | A | |
| 158. Devon Energy Corp common stock | A | Dividend | J | T | | | | | |
| 159. Dominion Resources Inc Va common stock | A | Dividend | K | T | | | | | |
| 160. Duke Energy Corp common stock | A | Dividend | K | T | Buy | 03/17/14 | K | | |
| 161. Eaton Corp PLC common stock | A | Dividend | J | T | | | | | |
| 162. Eli Lilly & Co common stock | A | Dividend | J | T | Buy | 02/11/14 | J | | |
| 163. E I Du Pont de Nemours & Co common stock | A | Dividend | J | T | | | | | |
| 164. Eaton Vance Floating Rate Fund | B | Dividend | K | T | | | | | |
| 165. EMC Corp Mass common stock | A | Dividend | L | T | | | | | |
| 166. Emerson Electric Co common stock | A | Dividend | J | T | | | | | |
| 167. EOG Resoutces Inc common stock | A | Dividend | K | T | | | | | |
| 168. Equinix Inc common stock | | None | K | T | Buy | 04/09/14 | K | | |
| 169. Estee Lauder Cos Inc Cl A | | None | J | T | | | | | |
| 170. E-TRACS Alerian MPL Infra ETF | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Express Scripts Hldg Co common stock | | None | J | T | Buy | 02/11/14 | J | | |
| 172. Exxon Mobil Corp common stock | A | Dividend | K | T | | | | | |
| 173. Ford Motor Co common stock | A | Dividend | J | T | Buy | 02/11/14 | J | | |
| 174. Fortune Brands Home & Sec common stock | A | Dividend | J | T | Buy | 02/11/14 | J | | |
| 175. Fossil Group Inc common stock | A | Dividend | J | T | Buy | 10/23/14 | J | | |
| 176. Freeport McMoRan Copper & Gold Inc Cl B common stock | A | Dividend | | | Sold | 12/22/14 | K | A | |
| 177. Generac Hldgs Inc common stock | | None | K | T | Buy | 08/14/14 | K | | |
| 178. General Electric Co common stock | A | Dividend | K | T | | | | | |
| 179. General Mills Inc common stock | A | Dividend | J | T | | | | | |
| 180. General Motors Co common stock | A | Dividend | J | T | | | | | |
| 181. Gilead Sciences Inc common stock | | None | K | T | Buy | 06/02/14 | K | | |
| 182. Goldman Sachs Group Inc common stock | A | Dividend | J | T | | | | | |
| 183. Google Inc common stock | | None | K | T | Buy | 02/14/14 | K | | |
| 184. Grupo Televisa SA common stock | | None | K | T | Buy | 10/23/14 | J | | |
| 185. | | | | | Buy (add'l) | 11/19/14 | J | | |
| 186. HCP Inc common stock | A | Dividend | J | T | Sold (part) | 05/22/14 | J | A | |
| 187. Home Depot Inc common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 7/3/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Honeywell International Inc common stock | A | Dividend | K | T | | | | | |
| 189. Humana Inc common stock (X) | A | Dividend | J | T | | | | | |
| 190. Intercontinental Exchange Inc common stock | A | Dividend | J | T | | | | | |
| 191. Invesco Ltd common stock | A | Dividend | J | T | | | | | |
| 192. Iron Mountain Inc common stock | A | Dividend | K | T | Buy | 10/23/14 | K | | |
| 193. iShares Barclays Tips Bond ETF | A | Dividend | K | T | | | | | |
| 194. iShares Russell Mid-Cap Index ETF | A | Dividend | N | T | | | | | |
| 195. iShares MSCI EAFE ETF | | None | J | T | | | | | |
| 196. iShares Russell 2000 ETF | | None | J | T | | | | | |
| 197. Ivy Larg Cap Growth Fund | A | Dividend | J | T | | | | | |
| 198. Johnson & Johnson common stock | A | Dividend | L | T | | | | | |
| 199. Kroger Co common stock | A | Dividend | K | T | Buy | 08/14/14 | K | | |
| 200. Kraft Foods Inc Class A common stock | A | Dividend | K | T | | | | | |
| 201. L Brands Inc common stock | A | Dividend | J | T | Buy | 02/11/14 | J | | |
| 202. Lam Research Corp common stock | | None | J | T | | | | | |
| 203. Legg Mason BW Absolute Return Opp Fund Cl Z | A | Dividend | K | T | | | | | |
| 204. Lennar Corp Cl A common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. Lowes Companies Inc common stock | A | Dividend | J | T | | | | | |
| 206. Managers AMG Funds - TimesSquare Mid Cap Growth fund | | None | K | T | | | | | |
| 207. Marathon Pete Corp common stock | A | Dividend | J | T | | | | | |
| 208. Mastercard Inc - Class A common stock | A | Dividend | | | Sold | 06/18/14 | J | A | |
| 209. Matthews Pacific Tier Instl Fund | A | Dividend | K | T | | | | | |
| 210. Maxim Integrated Products common stock | A | Dividend | K | T | Buy | 05/19/14 | K | | |
| 211. Medtronic Inc common stock | A | Dividend | K | T | Buy | 08/13/14 | K | | |
| 212. Merck and Co Inc common stock | A | Dividend | J | T | | | | | |
| 213. MetLife Inc. common stock | A | Dividend | | | Sold | 02/05/14 | J | A | |
| 214. Microsoft Corp common stock | A | Dividend | K | T | | | | | |
| 215. Mondelez Intl Inc common stock | A | Dividend | J | T | | | | | |
| 216. Monsanto Co common stock | A | Dividend | K | T | | | | | |
| 217. NASDAQ OM X Group common stock | A | Dividend | J | T | | | | | |
| 218. National Oilwell Varco Inc common stock | A | Dividend | K | T | Buy | 01/10/14 | K | | |
| 219. NetApp Inc common stock | A | Dividend | | | Sold | 06/25/14 | K | A | |
| 220. Nextera Energy Inc common stock | A | Dividend | J | T | | | | | |
| 221. Nike Inc B common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Norfolk Southern Corp common stock | A | Dividend | K | T | | | | | |
| 223. Now Inc common stock | | None | | | Spinoff (from line 218) | 05/30/14 | J | | |
| 224. | | | | | Sold | 11/19/14 | J | A | |
| 225. Occidental Petroleum Corp common stock | A | Dividend | J | T | | | | | |
| 226. Oracle Corp common stock | A | Dividend | K | T | | | | | |
| 227. Permanent Portfolio Fund | | None | K | T | | | | | |
| 228. Pfizer Inc common stock | B | Dividend | K | T | | | | | |
| 229. Piccar Inc common stock (X) | A | Dividend | J | T | | | | | |
| 230. PIMCO All Asset All Authority Fund | | None | J | T | | | | | |
| 231. Pioneer Natural Resources Co common stock | A | Dividend | J | T | | | | | |
| 232. Power shares Db Commodity Index Tracking fund | | None | K | T | | | | | |
| 233. Principal Pfd Secs Fd Instl Cl | C | Dividend | L | T | | | | | |
| 234. Procter & Gamble Co common stock | A | Dividend | J | T | | | | | |
| 235. Prudential Financial Inc common stock | A | Dividend | K | T | | | | | |
| 236. Qualcomm Inc common stock | A | Dividend | L | T | Buy (add'l) | 01/24/14 | K | | |
| 237. | | | | | Buy (add'l) | 01/30/14 | K | | |
| 238. Royal Dutch Shell Plc-ADR A ADR | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 7/3/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Schlumberger Ltd common stock | A | Dividend | J | T | | | | | |
| 240. Scripps Networks Interact common stock | A | Dividend | K | T | Buy | 06/25/14 | K | | |
| 241. SLM Corp common stock | A | Dividend | | | Buy | 02/05/14 | J | | |
| 242. | | | | | Buy (add'l) | 02/06/14 | J | | |
| 243. | | | | | Sold | 10/23/14 | J | | |
| 244. Southwestern Energy Co common stock | | None | J | T | | | | | |
| 245. SPDR Gold Trust fund | | None | J | T | | | | | |
| 246. Shaw Communications Inc B common stock | A | Dividend | L | T | Buy | 01/27/14 | K | | |
| 247. | | | | | Buy (add'l) | 01/29/14 | K | | |
| 248. | | | | | Buy (add'l) | 02/06/14 | K | | |
| 249. Spectra Energy Corp. common stock | A | Dividend | | | Sold | 05/19/14 | K | D | |
| 250. Sysco Corp common stock | A | Dividend | K | T | Buy | 01/30/14 | K | | |
| 251. T Rowe Price New Asia Fund | | None | | | Sold | 03/19/14 | J | | |
| 252. Templeton Global Bd Fund | A | Dividend | K | T | | | | | |
| 253. Target Corp common stock | B | Dividend | K | T | | | | | |
| 254. Time Inc common stock | A | Dividend | J | T | Spinoff (from line 255) | 06/06/14 | J | | |
| 255. Time Warner Inc New common stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 7/3/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Union Pacific Service | A | Dividend | J | T | Buy | 02/11/14 | J | | |
| 257. United Parcel Service | A | Dividend | J | T | Buy | 02/11/14 | J | | |
| 258. United Technologies Corp common stock | A | Dividend | K | T | | | | | |
| 259. Unitedhealth Group Inc common stock | A | Dividend | J | T | | | | | |
| 260. US Bancorp Del common stock | A | Dividend | J | T | | | | | |
| 261. Vanguard Emerging Market ETF | A | Dividend | J | T | | | | | |
| 262. Vanguard REIT | A | Dividend | K | T | | | | | |
| 263. Verizon Communications Inc common stock | A | Dividend | J | T | | | | | |
| 264. Vertex Pharmaceuticals Inc common stock | | None | J | T | | | | | |
| 265. Viacom Inc Cl B common stock | A | Dividend | K | T | Buy | 02/11/14 | K | | |
| 266. Volkswagen AG common stock | A | Dividend | K | T | Buy | 04/09/14 | K | | |
| 267. | | | | | Buy (add'l) | 11/19/14 | K | | |
| 268. | | | | | Buy (add'l) | 01/27/14 | K | | |
| 269. Wells Fargo & Co common stock | A | Dividend | K | T | | | | | |
| 270. Whirlpool Corp common stock | A | Dividend | K | T | Buy | 03/19/14 | K | | |
| 271. Williams Companies Inc common stock | A | Dividend | J | T | | | | | |
| 272. Xilinx Corp common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 7/3/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273.  Yum Brands Inc common stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Investments and Trusts.

Pentair Ltd. Co. common stock listed in 2013 report at line 125 was actually sold 10/4/2013 Codes J and A.

Humana Inc. common stock listed in 2013 report at line 196 as partially sold was actually fully sold on 10/24/2013 Codes K and D.

Piccar Inc. common stock listed in 2013 report at line 231 as partially sold was actually fully sold on 8/9/2013 Codes J and B.

Tyco International Ltd. common stock listed in 2013 report at line 253 as partially sold was actually fully sold on 8/21/2013 Codes J and B.

Spectra Energy Corp common stock was inadvertantly omitted from 2013 report and was sold as reported in this 2014 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James P. Jones**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544